# EXHIBIT 3

IN THE CIRCUIT COURT, SEVENTEENTH
JUDICIAL CIRCUIT, IN AND FOR BROWARD
COUNTY, FLORIDA

Lee Benhayon, Individually and on
behalf of all Others similarly situated,

        Plaintiff,

vs.

RSL Funding, LLC,

        Defendant.
_____/

No. 20-20-008375

## RSL FUNDING, LLC'S NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on July 13, 2020, Defendant RSL Funding, LLC ("RSL"), filed in the United States District Court in and for the Southern District of Florida, Fort Lauderdale Division, its Notice of Removal of the above-entitled action from the 17th Judicial Circuit Court of Broward County, Florida to the United States District Court in and for the Southern District of Florida, Fort Lauderdale Division, pursuant to 28 U.S.C. §§ 1331, 1332, 1441, 1446, and 1453. *A true and correct copy of said Notice of Removal is attached to this Notice of Filing as Exhibit "A" and is served and filed herewith.*

PLEASE TAKE FURTHER NOTICE that filing of this Notice with the Clerk of the Circuit Court for Broward County, Florida, serves to effect full removal of this case pursuant to 28 U.S.C. § 1446(d), thereby precluding this Circuit Court from proceeding further in this action, unless and until this case is remanded hereto by the United States District Court.

Dated: July 13, 2020                    Respectfully Submitted,

                                                   STUMPHAUZER FOSLID SLOMAN
                                                   ROSS & KOLAYA, PLLC
                                                   Two South Biscayne Boulevard,
                                                   Suite 1600
                                                   Miami, FL  33131
                                                   Telephone: (305) 614-1400
                                                   Facsimile: (305) 614-1425

                                                 By: /s/ *Ian M. Ross*
                                                   IAN M. ROSS
                                                   Florida Bar No. 091214
                                                   iross@sfslaw.com
                                                   docketing@sfslaw.com

                                               ***ATTORNEYS FOR DEFENDANT***
                                               ***RSL FUNDING, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Florida Courts E-Filing Portal. I also certify that the foregoing document is being served on Plaintiff's counsel by e-mail generated by the E-Portal system.

/s/ *Ian M. Ross*
IAN M. ROSS

## SERVICE LIST

**HIRALDO P.A.**
Manuel S. Hiraldo, Esq.
mhiraldo@hiraldolaw.com
401 E. Las Olas Boulevard
Suite 1400
Fort Lauderdale, Florida 33301
(954) 400-4713

**EISENBAND LAW, P.A.**
515 E. Las Olas Boulevard, Suite 120
Ft. Lauderdale, Florida 33301
Michael Eisenband
Florida Bar No. 94235
Email: MEisenband@Eisenbandlaw.com
Telephone: 954.533.4092

*Counsel for Plaintiff*